Certificate Number: 15317-NJ-DE-036898908

Bankruptcy Case Number: 22-15006



15317-NJ-DE-036898908

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 12, 2022, at 4:04 o'clock PM PDT, Amanda Miller completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  October 12, 2022         By:   /s/Anro Buscas

                                Name: Anro Buscas

                                Title: Certified Credit Counselor