22-15006-MBK

Objecting to the stay motion

I fell behind for personal Reasons. Just found out my Attorny ~~was~~ that filed the chapter 13 was NOT Representing me. I want to become current with mortage & trustee, but found out had to apear in court so I am filing this motion and will appear on Dec 13 9:00 am 2023

FILED
JEANNE A. NAUGHTON, CLERK
DEC -5 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

*[signature]*

USPS Priority Mail Express label

FROM: Amanda Miller
96 Woodmere Drive
Keyport NJ 07735

TO: US Bankruptcy Court
402 East State St
Trenton NJ 08608

Label #: EI 912 706 679 US
Date Accepted: 12/4/23
Time Accepted: 1436
Weight: 17 ozs
Scheduled Delivery Date: 12/5/23
Scheduled Delivery Time: 6:00 PM
PO ZIP Code: 07724
Postage: $28.55
Total Postage & Fees: $28.55

$28.55
R2304N116959-82
RDC 07
08608