Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−15006−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amanda Miller
   976 Woodmere Drive
   Keyport, NJ 07735

Social Security No.:
   xxx−xx−7790

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/10/24 at 09:00 AM

to consider and act upon the following:

*24* − Motion to Withdraw as Attorney Filed by Gary D Hoffman on behalf of Amanda Miller. Hearing scheduled for 12/27/2023 at 10:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Hoffman, Gary)

Dated: 12/11/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court