Order Filed on January 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**HOFFMAN & HOFFMAN**
Brian L. Hoffman, Esq.
99 Highway 35
Keyport, New Jersey 07735
Tel. (732) 264-1956
Fax. (732) 264-1030
Email: info@hoffman-hoffman.net
Attorneys for Debtor(s)

In Re:
    AMANDA MILLER

Case No.: 22-15006 / MBK

Chapter 13

Hearing Date: 12/27/2023

## ORDER APPROVING WITHDRAWAL OF DEBTOR(S) COUNSEL

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: January 11, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court on Motion by counsel for the Debtor(s) and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

1. The law firm of Hoffman & Hoffman and Gary D. Hoffman, Esq. are hereby relieved as counsel to the Debtor(s) for the above referenced matter.

2. A copy of this Order shall be served on all parties in interest as listed within the motion within seven (7) days of entry of this Order.