| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-15006 / MBK**

Amanda Miller

Petition Filed Date: 06/21/2022
341 Hearing Date: 07/21/2022
Confirmation Date: 09/28/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/09/2023 | $2,977.00 | 9466328282 | 03/07/2023 | $935.00 | 9466328435 | 04/10/2023 | $935.00 | 9466328667 |
| 05/16/2023 | $935.00 | 9466328918 | 06/22/2023 | $935.00 | 9466329160 | 07/18/2023 | $935.00 | 9466329386 |
| 10/10/2023 | $935.00 | 9466329913 | 10/11/2023 | $935.00 | 9466329912 | | | |

**Total Receipts for the Period:  $9,522.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $13,509.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Amanda Miller | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Gary D. Hoffman<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | TMOBILE/ BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $676.64 | $0.00 | $676.64 |
| 2 | MIDFIRST BANK<br>»»  P/976 WOODMERE DR/1ST MTG/NATIONSTAR | Mortgage Arrears | $49,325.56 | $12,488.33 | $36,837.23 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-15006 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,509.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $12,488.33 | Current Monthly Payment: | $935.00 |
| Paid to Trustee: | $1,020.67 | Arrearages: | $3,740.00 |
| Funds on Hand: | $0.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

