UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
HOFFMAN & HOFFMAN
Brian L. Hoffman, Esq.
99 Highway 35
Keyport, New Jersey 07735
Tel. (732) 264-1956
Fax. (732) 264-1030
Email: brian@hoffman-hoffman.net
Attorneys for Debtor(s)

In Re:
Amanda Miller

Case No.: 22-15006
Chapter: 13
Judge: MBK

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that  Brian L. Hoffman  will be substituted as attorney of record for  Amanda Miller ,  Pro Se  in this case.[1]

Date: 9/26/24

*Amanda Miller* (signature)
Signature of Former Attorney

Date: 9/26/24

/s/ Brian L. Hoffman
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.